IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLYN JOHNSON                                                                            PLAINTIFF

v.                                            3:04CV00281  JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                                    DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $1,061.60 and expenses in the amount of $13.95. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 12th day of May, 2006.

UNITED STATES MAGISTRATE JUDGE